1  THOMAS D. MAURIELLO (SBN 144811)
   MAURIELLO LAW FIRM, APC
2  1181 Puerta Del Sol, Suite 120
   San Clemente, CA 92673
3  Telephone: (949) 543-3555
   Facsimile: (949) 606-9690
4  tomm@maurlaw.com

5  Attorneys for Plaintiff and the Proposed Class

6  [Additional Counsel Listed on Signature Page]

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  Sherman Bahr, <br> d/b/a Video One Repair, <br> 11  On Behalf of Itself And All Others <br> Similarly Situated, <br><br> 12 <br><br> 13                        Plaintiff, <br><br> 14         v. <br><br> 15 <br> Canon U.S.A., Inc., <br> 16 <br>                    Defendant. <br> 17 <br> 18 <br> 19 | Case No.: 2:13-cv-05259 (GAF) (AJWx) <br><br> The Honorable Gary A. Feess <br><br> CLASS ACTION <br><br> **NOTICE OF INTENT NOT TO FILE AMENDED COMPLAINT AND REQUEST FOR ENTRY OF FINAL JUDGMENT** |

20  _____

21

22

23

24

25

26

27

28

1    Counsel for Plaintiff Sherman Bahr ("Plaintiff"), in support of his Notice Of

2    Intent Not To File Amended Complaint And Request For Entry Of Final

3    Judgment, state as follows:

4    WHEREAS, the Complaint was filed on our about July 22, 2013 in the

5    United States District Court for the Central District of California asserting causes

6    of action for violation of the California Song-Beverly Consumer Warranty Act

7    ("SBA"), Cal. Civ. Code §§ 1790, *et seq*. and the Unfair Competition Law

8    ("UCL"), Cal. Bus. & Prof. Code §§ 17200, *et seq*. (Dkt. No. 1);

9    WHEREAS, on or about November 22, 2013, Defendant Canon USA, Inc.

10   ("Defendant") filed a motion to dismiss Plaintiff's Complaint (Dkt. No. 14);

11   WHEREAS, on or about March 5, 2014, the Court granted Defendant's

12   Motion to Dismiss with leave to amend (Dkt. No. 29);

13   WHEREAS, on or about March 28, 2014, Plaintiff filed his First Amended

14   Complaint, adding a new cause of action and related allegations for violation of

15   the Cartwright Act, Cal. Bus. & Prof. Code §§ 16720-16728, and re-asserting his

16   SBA and UCL causes of action (Dkt. No. 30);

17   WHEREAS, on or about May 16, 2014, Defendant filed a motion to dismiss

18   Plaintiff's First Amended Complaint (Dkt. No. 34);

19   WHEREAS, on or about July 10, 2014, the Court granted Defendant's

20   Motion to Dismiss with leave to amend (Dkt. No. 41);

21   WHEREAS, Plaintiff does not intend to amend his First Amended

22   Complaint and instead intends to appeal the Court's March 5, 2014 and July 10,

23   2014 decisions (Dkt. Nos. 29, 41) to the Ninth Circuit Court of Appeals;

24   WHEREAS, Defendant does not object to the dismissal of Plaintiff's claims

25   with prejudice.

26   THEREFORE, Plaintiff requests that the Court adopt its March 5, 2014 and

27   July 10, 2014 Orders as final judgment in this matter so that Plaintiff may appeal

28

1  the Court's decisions to the Ninth Circuit Court of Appeals.

2  Dated: July 25, 2014

3                                    By:   /s/ Thomas D. Mauriello
                                          THOMAS D. MAURIELLO (SBN 144811)
4                                         MAURIELLO LAW FIRM, APC
                                          1181 Puerta Del Sol, Suite 120
5                                         San Clemente, CA 82673
                                          Telephone: (949) 543-3555
6                                         Facsimile: (949) 606-9690
                                          tomm@maurlaw.com
7
                                          ROSE F. LUZON (SBN 221544)
8                                         VALERIE L. CHANG (SBN 295147)
                                          SHEPHERD, FINKELMAN, MILLER
9                                           & SHAH, LLP
                                          401 West A Street, Suite 2350
10                                        San Diego, CA 92101
                                          Telephone: (619) 235-2416
11                                        Facsimile: (866) 300-7367
                                          rluzon@sfmslaw.com
12                                        ktang@sfmslaw.com
                                          vchang@sfmslaw.com
13
                                          JAMES C. SHAH (SBN 260435)
14                                        SHEPHERD, FINKELMAN, MILLER
                                            & SHAH, LLP
15                                        35 East State Street
                                          Media, PA 19063
16                                        Telephone: (610) 891-9880
                                          Facsimile: (866) 300-7367
17                                        jshah@sfmslaw.com

18                                        STEVEN N. BERK
                                          BERK LAW PLLC
19                                        2002 Massachusetts Ave., NW
                                          Washington D.C. 20036
20                                        Telephone: (206) 232-7550
                                          Facsimile: (206) 232-7556
21                                        steven@berklawdc.com

22                                        Attorneys for Plaintiff and
                                          the Proposed Class
23

24

25

26

27

28