LINK: JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-5259 GAF (AJWx) | Date | July 29, 2014 |
|---|---|---|---|
| Title | SHERMAN BAHR v. CANON USA, INC. | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Stephen Montes | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**     **(In Chambers)**

     A Motion to Dismiss the First Amended Class Action Complaint was filed on May 16, 2014 (Docket #34). On July 10, 2014, the Court issued a Minute Order granting the motion to dismiss with leave to amend by no later than August 1, 2014 (Docket #41).

     On July 25, 2014, plaintiff filed a Notice of Intent Not to File Amended Complaint and Request for Entry of Final Judgment (Docket #42). Accordingly, the Court hereby dismisses the action with prejudice.

     IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | SMO |

**JS-6**